UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LAVALLIERE,

    Plaintiff,

v.                                      Case No. 8:21-cv-0075-KKM-TGW

IMG ACADEMY, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Compel Arbitration and Stay Case, (Doc. 5), filed January 29, 2021. Upon review of the arbitration agreement executed between the parties, the Court is satisfied that Plaintiff's claims in this case are subject to binding arbitration under the Federal Arbitration Act. *See* 9 U.S.C. § 3.

Accordingly, the following is **ORDERED**:

1. Parties' Joint Motion to Compel Arbitration and to Stay Proceedings (Doc. 5) is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are **STAYED** and the Clerk is directed to administratively close the file. The Court retains jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on May 3, 2021, and every ninety (90) days thereafter advising the Court on the progress of arbitration.

**ORDERED** in Tampa, Florida, on February 2, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge